# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00490-CR

**Allison Marie Tremblay, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### NO. 2022-CR-0939, THE HONORABLE CHARLES A. STEPHENS II, JUDGE PRESIDING

## ORDER AND MEMORANDUM OPINION

**PER CURIAM**

Appellant Allison Marie Tremblay has filed a notice of appeal from the trial court's judgment revoking her community supervision. *See* Tex. Code Crim. Proc. art. 42A.755 (governing revocation of community supervision). The clerk's record does not contain the required trial-court certification of appellant's right of appeal. *See* Tex. R. App. P. 25.2(a), (d) (requiring record to include trial court's certification). The trial court clerk's office has informed this Court that it does not have a trial court certification in this case.

The Rules of Appellate Procedure require the trial court to "enter a certification of the defendant's right of appeal each time it enters a judgment of guilt or other appealable order." *See id.* R. 25.2(a)(2). "An order revoking community supervision is an appealable order." *Rolla v. State*, No. 03-08-00146-CR, 2008 WL 4899125, at *1 (Tex. App.—Austin July 15, 2008, no pet.) (mem. op., not designated for publication).

Therefore, we abate the appeal and order the trial court to prepare and file its certification of appellant's right of appeal from the judgment revoking community supervision. *See* Tex. R. App. P. 25.2(a)(2), 44.4.  The trial court shall order a supplemental clerk's record containing the trial court's certification to be filed with this Court no later than November 21, 2025.  *See id.* R. 25.2(d), 34.5(c)(12).

It is ordered on November 5, 2025.

Before Justices Triana, Kelly, and Theofanis

Abated and Remanded

Filed:   November 5, 2025

Do Not Publish